UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                **DECISION AND ORDER**

JEREMY MARSILLO,                              **1:13-CR-31S**

               Defendant.

1. On February 28, 2013, the Defendant entered into a written plea agreement (Docket No. 18) and pled guilty to a one-count Information (Docket No. 17) charging a violation of Title 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

2. On February 28, 2013, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 20) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's February 28, 2013, Report and Recommendation, the plea agreement, the information and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's February 28, 2013, Report and Recommendation (Docket No. 20) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant, Jeremy Marsillo is accepted, and he is now adjudged guilty of Title 18 U.S.C. § 2252A(a)(5)(B).

SO ORDERED.

Dated: March 25, 2013
       Buffalo, New York

                                       s/William M. Skretny
                                       WILLIAM M. SKRETNY
                                       Chief Judge
                                       United States District Court